UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**THOMAS WHITE,**

      Petitioner,    9:13-cv-1163
               (GLS/DEP)

    v.

**SUPERINTENDENT,**

      Respondent.
_____

**APPEARANCES:**       **OF COUNSEL:**

**FOR THE PETITIONER:**
THOMAS WHITE
10-A-2524
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

**FOR THE RESPONDENT:**
HON. ERIC T. SCHNEIDERMAN    LISA E. FLEISCHMANN
New York State Attorney General    Assistant Attorney General
120 Broadway
New York, NY 10271

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report and Recommendation by Magistrate Judge David E. Peebles, duly filed on April 27, 2016. (Dkt. No. 14.) Following fourteen days from the service

thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 14) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petition (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that no certificate of appealability shall issue because White has failed to make a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

June 16, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge